UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHERYL HORTON, SHELLY JONES, :
STEPHANIE LANHAM, EDITH LITTLEFIELD, :
SHARON LUGDON, BARBARA MCAVOY, :
MARIA MOORE, CHERYL MURCHISON, :
APRIL PEAVEY, JANET PERKINS, KAREN :
REED, GAIL SARGENT, CAROL SMITH, :
SHIRLEE SMITH, LILLIAN SPARROW, MARY :
STONE, GAIL TAMBORO, PATRICIA :
WILLIAMS, TINA YORK, :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiffs.　　　　　　　　　　　　　: Civil Action
v.　　　　　　　　　　　　　　　　　　　　　: No. 04-11266-GAO
　　　　　　　　　　　　　　　　　　　　　　:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　Defendants.　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 29, 2004                           Respectfully submitted,
　　　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　　　/s/Matthew J. Matule
　　　　　　　　　　　　　　　　　　　　　　Matthew J. Matule (BBO #632075)
　　　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
Of Counsel:　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
Barbara Wrubel　　　　　　　　　　　　　　One Beacon Street
Katherine Armstrong　　　　　　　　　　　Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,　　　　　　　　　　(617) 573-4800
　　MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　 Boehringer Ingelheim Pharmaceuticals, Inc.