UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHERYL HORTON, SHELLY JONES,                :
STEPHANIE LANHAM, EDITH LITTLEFIELD,         :
SHARON LUGDON, BARBARA MCAVOY,              :
MARIA MOORE, CHERYL MURCHISON,              :
APRIL PEAVEY, JANET PERKINS, KAREN          :
REED, GAIL SARGENT, CAROL SMITH,            :
SHIRLEE SMITH, LILLIAN SPARROW, MARY        :
STONE, GAIL TAMBORO, PATRICIA               :
WILLIAMS, TINA YORK,                        :
                                            :
        Plaintiffs.                         :    Civil Action
v.                                          :    No. 04-11266-GAO
                                            :
INDEVUS PHARMACEUTICALS, INC., F/K/A        :
INTERNEURON PHARMACEUTICALS, INC.;          :
WYETH, INC., F/K/A AMERICAN HOME            :
PRODUCTS CORPORATION; WYETH                 :
PHARMACEUTICALS, INC F/K/A WYETH-           :
AYERST PHARMACEUTICALS, INC., A             :
DIVISION OF AMERICAN HOME PRODUCTS          :
CORPORATION; AND BOEHRINGER                 :
INGELHEIM PHARMACEUTICALS, INC.,            :
                                            :
        Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 29, 2004                                          Respectfully submitted,
       Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Of Counsel:                                                    One Beacon Street
Barbara Wrubel                                                 Boston, Massachusetts 02108
Katherine Armstrong                                            (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                                 Counsel for Defendant
                                                     Boehringer Ingelheim Pharmaceuticals, Inc.