UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHERYL HORTON, SHELLY JONES, STEPHANIE LANHAM, EDITH LITTLEFIELD, SHARON LUGDON, BARBARA MCAVOY, MARIA MOORE, CHERYL MURCHISON, APRIL PEAVEY, JANET PERKINS, KAREN REED, GAIL SARGENT, CAROL SMITH, SHIRLEE SMITH, LILLIAN SPARROW, MARY STONE, GAIL TAMBORO, PATRICIA WILLIAMS, TINA YORK, <br><br>    Plaintiffs, <br>v. <br><br>INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br>    Defendants. | : : : : : : : : : : : : : : : : : : : : : | Civil Action <br> No. 04-11266-GAO |

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

|  |  |
|---|---|
| Dated:  September 15, 2004<br>          Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |